**JS−6**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REUT COHEN<br><br>          Plaintiff(s),<br><br>   v.<br><br>ESTHER GARBER<br><br><br><br>        Defendant(s). | CASE NO:<br>2:15−cv−00942−FMO−E<br><br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>30</u> **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

   **IT IS SO ORDERED.**

DATED: June 2, 2015

                               */s/ Fernando M. Olguin*
                               Fernando M. Olguin
                               United States District Judge